# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :        Chapter 11
                                               :
H.H. DISTRIBUTIONS, L.P.,                      :        Bankruptcy No. 08-10700DWS
                                               :
    Debtor.                :

In re                                          :        Chapter 11
                                               :
HILLEN REAL ESTATE ASSOCIATES, L.P., :        Bankruptcy No. 08-10701DWS
                                               :
    Debtor.                :

In re                                          :        Chapter 11
                                               :
H.H. FLUORESCENT PARTS, INC.,                  :        Bankruptcy No. 08-10707DWS
                                               :
    Debtor.                :

In re                                          :        Chapter 11
                                               :
H.H. DISTRIBUTIONS MANAGEMENT, LLC,:        Bankruptcy No. 08-12217DWS
                                               :
    Debtor.                :

In re                                          :        Chapter 11
                                               :
HILLEN MANAGEMENT GROUP, INC.,                 :        Bankruptcy No. 08-12219DWS
                                               :
    Debtor.                :

# ORDER

**AND NOW**, this 16th day of January 2009, upon consideration of the Debtors

request to confirm the (1) Consolidated First Amended Plan of Reorganization dated

October 23, 2008 ("Distributions Plan") of H.H. Distributions, L.P. ("Distributions"),

H.H. Fluorescent Parts, Inc. ("Parts") and H.H. Distribution Management, LLC ("HH Management") and(2) Consolidated Second Amended Plan of Reorganization dated October 23, 2008 ("RE Plan") of Hillen Real Estate Associates, L.P. ("Hillen RE") and Hillen Management Group, Inc. ("Hillen Management"), after notice and hearing and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED and DECREED** that confirmation of the Distributions Plan and the RE Plan is **DENIED.**

_____
DIANE WEISS SIGMUND
United States Bankruptcy Judge